# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re** | ) | Bankruptcy No. 09-27920 |
| | ) | |
| **DAMON'S INTERNATIONAL, INC**, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

### NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS, AND REQUEST FOR ENTRY ON MAILING MATRIX

**PLEASE TAKE NOTICE** that the undersigned, Scott M. Hare, Esquire, appears as counsel on behalf of **M&G LLC**, a creditor and interested party in the above-referenced case. Pursuant to 11 U.S.C. § 1109(b) and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned requests that he be added to the mailing matrix in this case, and that all notices given or required to be given in this case, and all papers served or required to be served in this case, be served upon him at the following address:

Scott M. Hare, Esquire
1806 Frick Building
437 Grant Street
Pittsburgh, PA 15219

Tel: 412-338-8632

e-mail: smhare@bartlaw.com

Further, pursuant to 11 U.S.C. § 1109(b), the request set forth above includes the notices and all other papers mentioned or described in Rule 2002 of the Federal Rules of Bankruptcy Procedure and also includes, without limiting the generality of the foregoing request, all plans of reorganization and disclosure statements and objections relating thereto, orders, pleadings, motions, applications, complaints, demands, hearings, requests

for hearings, petitions, answers, replies, responses, memoranda and briefs in support of any of the foregoing and any other paper or document brought before or filed with the Court with respect to this case, whether formal or informal and whether filed, transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

The undersigned additionally requests that the Debtor, the U.S. Trustee, the Chapter 11 Trustee, any formal or informal Committee, and the Clerk of the Court add his name and address on any mailing matrix or list to be prepared or existing in the above-referenced bankruptcy proceedings.

                              Respectfully submitted,

                              /s/ Scott M. Hare

                              _____
                              Scott M. Hare, Esquire
                              Pa. I.D. No. 63818

                              1806 Frick Building
                              437 Grant Street
                              Pittsburgh, PA  15219

                              Tel:    412-338-8632

                              Counsel for M&G, LLC

Date:   October 28, 2009

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Notice of Appearance and Request for Service of Papers and Entry of Name on Mailing Matrix** was served in this matter on this 28th day of October, 2009 by first class United States mail, postage prepaid, to the following:

Robert O. Lampl, Esquire
Suite 1200
960 Penn Avenue
Pittsburgh, PA 15222

/s/ Scott M. Hare