# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| DAMON'S INTERNATIONAL, INC., | Bankruptcy No. 09-27920-MBM |
| Debtor. | Chapter 11 |
| DAMON'S INTERNATIONAL, INC., | Doc. No. |
| Movant, | |
| vs. | |
| NO RESPONDENT. | |

## APPLICATION FOR APPROVAL OF ATTORNEYS

**AND NOW** comes Damon's International, Inc. by and through its Counsel, Robert O Lampl, John P. Lacher and Elsie R. Lampl, and files the following **APPLICATION FOR APPROVAL OF ATTORNEYS**, as follows:

1. The Movant is Damon's International, Inc. the Debtor in this Chapter 11 Case.

2. This Case was commenced on October 28, 2009.

3. The Debtor is in need of services of legal counsel to assist in, among other things, the administration of its Estate and to represent the Debtor on matters involving legal issues that are present or are likely to arise in the case, to prepare any legal documentation on behalf of the Debtor, to review reports for legal sufficiency, to furnish information on legal matters regarding legal actions and consequences and for all necessary legal services connected with Chapter 11 proceedings including the prosecution and/or defense of any adversary proceedings.

4. The Debtor believes that Robert O Lampl and his law firm are experienced in these matters and are well qualified to perform all of the legal services necessary and required by the Debtor.

5. The Debtor wishes to retain Robert O Lampl and his firm at hourly rates as follows:

    a. Robert O Lampl      $400.00
    b. John P. Lacher      $375.00
    c. Elsie R. Lampl      $250.00
    d. Paralegal      $125.00

6. Neither Robert O Lampl nor anyone from his firm have any connection with the Debtor, nor represent any interest adverse to the Debtor or any other parties-in-interest.

**WHEREFORE**, the Debtor respectfully requests that this Honorable Court approve Robert O Lampl and his firm as Counsel for the Debtor.

Respectfully Submitted,

*/s/ Robert O Lampl*
ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
ELSIE R. LAMPL
PA I.D. #208867
Counsel for the Debtor
960 Penn Avenue, Suite 1200
Pittsburgh, PA 15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **DAMON'S INTERNATIONAL, INC.,** | **Bankruptcy No. 09-27920-MBM** |
| Debtor. | Chapter 11 |
| **DAMON'S INTERNATIONAL, INC.,** | Doc. No. |
| Movant, | |
| vs. | |
| **NO RESPONDENT.** | |

**CERTIFICATE OF SERVICE**

Robert O Lampl, John P. Lacher and Elsie R. Lampl, hereby certify, that on the 28th day of October, 2009, a true and correct copy of the foregoing **APPLICATION FOR APPROVAL OF ATTORNEYS** was served upon the following (via electronic service):

Office of the U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

                                            */s/ Robert O Lampl*
                                            ROBERT O LAMPL
                                            PA I.D. #19809
                                            JOHN P. LACHER
                                            PA I.D. #62297
                                            ELSIE R. LAMPL
                                            PA I.D. #208867
                                            Counsel for the Debtor
                                            960 Penn Avenue, Suite 1200
                                            Pittsburgh, PA 15222
                                            (412) 392-0330 (phone)
                                            (412) 392-0335 (facsimile)