**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re** ) | Bankruptcy No. 09-27920-MBM | |
| ) | | |
| **DAMON'S INTERNATIONAL, INC**, ) | Chapter 11 | |
| ) | | |
| Debtor. ) | | |

## MOTION TO ADMIT
## MICHAEL J. FLYNN, ESQUIRE *PRO HAC VICE*

Scott M. Hare, a member of the Bar of this Court, hereby moves for the admission *Pro Hac Vice* of Michael J. Flynn, Esquire pursuant to Local Bankruptcy Rule 9010-1, and in support respectfully states as follows:

1. Applicant Michael J. Flynn is a partner in the law firm of Flynn/Williams LLP. Applicant's address information is as follows:

>Flynn/Williams LLP
>1010 B Street, Suite 200
>San Rafael, CA 94901
>Telephone: 415-461-1000
>Facsimile: 415-482-9939
>
>e-mail: mflynn@flynn-williams.com

Applicant is counsel for M&G LLC, a creditor herein.

2. Applicant seeks admission for the limited purpose of appearing in this bankruptcy case and related matters on behalf of M&G LLC.

3. Applicant is a member of good standing of the Bars of the Supreme Court of California, the United States District Courts for the Northern District of California and

the Central District of California, and the United States Courts of Appeal for the Ninth Circuit.  Applicant has never been the subject of disciplinary proceedings, suspension or disbarment in any court to which he has been admitted.

4. Applicant will abide by the Local Rules of Bankruptcy Procedure of the United States Bankruptcy Court for the Western District of Pennsylvania.

5. Pursuant to Local Bankruptcy Rule 9010-1, Scott M. Hare shall remain counsel of record for M&G LLC.

6. Applicant and associated local counsel have read and shall comply with Local Rule 9010-1.B.

WHEREFORE, Scott M. Hare respectfully moves this Court to enter an Order in the form attached hereto permitting Applicant Michael J. Flynn to appear before this Court *Pro Hac Vice* in the above case on behalf of M&G LLC.

Respectfully submitted,
/s/ Scott M. Hare
Scott M. Hare, Esquire
Pa. I.D. No. 63818
1806 Frick Building
437 Grant Street
Pittsburgh, PA  15219

Tel:    412-338-8632

Counsel for M&G, LLC

Date:   November 16, 2009