IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| DAMON'S INTERNATIONAL, INC., ) | Case No. 09-27920-MBM |
| ) | |
| Debtors. ) | |
| ) | |
| •••••••••••••••••••••••••••••••••••• ) | Chapter 11 |
| DAMON'S INTERNATIONAL, INC., ) | |
| ) | |
| Movant ) | |
| ) | Doc#____ |
| v. ) | |
| ) | |
| NO RESPONDENTS ) | |

**ORDER GRANTING MOTION OF DEBTOR FOR POSTPETITION CREDIT FOR INSURANCE PREMIUM FINANCING**

Upon consideration of the Motion pursuant to 11 U.S.C. § 364(c) to obtain post-petition credit to finance insurance premiums (the "Motion")[1] filed by the above-captioned debtor and debtor in possession (the "Debtor"), the Court finds that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and that this is a core proceeding pursuant to 28 U.S.C. § 157. After considering the Motion and the representation of the Debtor; it is

ORDERED that the Motion is hereby granted; and it is further

ORDERED that, pursuant to section 364(c) of the Bankruptcy Code, the Debtor is hereby authorized, but not directed, to enter into the Premium Finance Agreement under the terms contained therein.

Moot – w/drawn – w/o prej.

Dated: 1/5/10

_____
United States Bankruptcy Judge

FILED
JAN 6 2010
CLERK, U.S. BANKRUPTCY COURT
WEST. DIST. OF PENNSYLVANIA

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

{21521.02/479562:}