IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

DAMON'S INTERNATIONAL, INC.,

Bankruptcy No. 09-27920-MBM
Doc. #163; #164; #165 & #167

Debtor(s)

Chapter 11

## ORDER OF COURT

**AND NOW,** this **11th** day of **FEBRUARY, 2010;**

**IT IS HEREBY ORDERED** that the Hearing(s) on Emergency Motion for Joint Administration of Chapter 11 Cases; Emergency Motion for Order Authorizing Maintenance of Existing Bank Accounts; Emergency Motion of Debtors for Entry of Order (1) Authorizing, But Not Directing, the Debtor to Continue to Pay (a) Certain Pre-Petition Unpaid Compensation, and (aa) Employee Medical and Similar Benefits; (II) Authorizing, But Not Directing, the Debtors to Continue to Make Deductions from Employees' Paychecks for Withheld Amounts; and (III) Authorizing Financial Institutions to Pay All Checks and Electronic Payment Requests Made by the Debtor Relating to the Foregoing and Emergency Motion for Entry of an Order Authorizing the Debtors to Honor Pre-Petition Obligations to Customers and to Otherwise Continue Customer Programs and Practices in the Ordinary Course of Business are **RESCHEDULED** to **FEBRUARY 23, 2010** at **3:00 P.M.,** in **COURTROOM B, 54TH FLOOR USX TOWER, 600 GRANT STREET, PITTSBURGH, PENNSYLVANIA.**

_____
M. BRUCE MCCULLOUGH          #7
U.S. Bankruptcy Judge

cm: Michael Kaminski, Esq.
    Michael J. Roeschenthaler, Esq.
    Office of the U.S. Trustee
    (to be mailed electronically)

FILED

FEB 11 2010

CLERK, U.S. BANKRUPTCY COURT
WEST. DIST. OF PENNSYLVANIA