UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ROBERTA A. DeANGELIS
ACTING UNITED STATES TRUSTEE
Liberty Center, Suite 970
Pittsburgh, Pennsylvania 15222
Telephone: (412) 644-4756
Facsimile: (412) 644-4785
heather.sprague@usdoj.gov


By: Heather A. Sprague, Esquire

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA


| | | |
|---|---|---|
| IN RE: | § § | Consolidated for Administration at Case No. 09-27920 MBM |
| Damon's International, Inc., et al. | § § | |
| DEBTORS | § § § § | CHAPTER 11 |

APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

Pursuant to §1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above referenced case:


1.  Glimcher Properties Limited Partnership ("GPLP"), 180 East Broad Street, 21st Floor, Columbus, OH 43215
    Attn: Sharisse Cumberbatch, Esquire
    Tel. (614) 887-5631 Fax (614) 621-8863

2.  Ping-Wang and Theresa Chiang Family Trust, 115 Millrich Dr., Los Gatos, CA 95030
    Attn: Ping-Wang Chiang
    Tel. (408) 734-8779 Fax (408) 734-8966

3.  Servant Investments Fund (Alliance Ribs), LLC, 1000 Legion Place, Suite 1650, Orlando, FL 32801
    Attn: Erin M. Gray
    Tel. (407) 999-7772 Fax (407) 999-7759

4. Skyways Motor Lodge Corp., 2900 Society Drive, Claymont, DE 19703
   Attn: Alan Spiro
   Tel. (302) 798-9581 Fax (302) 798-1246

5. Southeast Commercial Real Estate Group, 1401 Morehead St., Ste. 125
   Charlotte, NC 28208
   Attn: James R. Rebhan
   Tel. (704) 370-3000 Fax (704) 370-6507


Date: February 26, 2010              Roberta A. DeAngelis
                                     Acting United States Trustee

                                 By: /s Heather A. Sprague
                                     Heather A. Sprague
                                     (MA ID 661541)
                                     Liberty Center, Suite 970
                                     Pittsburgh, PA 15222
                                     Telephone: (412) 644-4756
                                     Facsimile: (412) 644-4785
                                     heather.sprague@usdoj.gov