UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ROBERTA A. DeANGELIS
UNITED STATES TRUSTEE
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, Pennsylvania 15222
Telephone: (412) 644-4756
Facsimile: (412) 644-4785
E-mail: Heather.Sprague@usdoj.gov

By:     Heather A. Sprague, Trial Attorney

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| DAMON'S INTERNATIONAL, INC., | § | Bankruptcy No. 09-27920 JAD |
| DAMON'S RESTAURANTS, INC., | § | Bankruptcy No. 10-20565 JAD |
| DAMON'S RESTAURANTS OF | § | Bankruptcy No. 10-20567 JAD |
|     AMERICA, INC., | § | |
| DAMON'S OF NEW PHILADELPHIA, INC., | § | Bankruptcy No. 10-20568 JAD |
| DAMON'S OF LEXINGTON PARK, INC., | § | Bankruptcy No. 10-20569 JAD |
| DAMON'S MANAGEMENT, INC., | § | Bankruptcy No. 10-20570 JAD |
| | § | |
| Debtor(s). | § | Jointly Administered at |
| | § | Bankruptcy No. 09-27920 JAD |
| | § | |
| | § | |
| | § | RELATED TO DOC. NOS.: 770 & 827 |

APPLICATION FOR ORDER APPROVING
APPOINTMENT OF CHAPTER 11 TRUSTEE

TO THE HONORABLE JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE:

    COMES NOW, THE UNITED STATES TRUSTEE, through her undersigned counsel, and respectfully applies pursuant to Fed. R. Bankr. P. 2007.1 for an Order approving the appointment of a Chapter 11 trustee and represents as follows:

1.  Pursuant to this Court's Order dated September 14, 2011, the United States Trustee has appointed Jeffery J. Sikirica, Esq., as Chapter 11 trustee in the above-captioned cases.

2.  The United States Trustee has consulted with the following parties in interest regarding the appointment of the trustee:

| | |
|---|---|
| Carlota M. Bohm, Esq. – | Chapter 11 trustee for the estate of Gary L. Reinert, Sr. (case no. 11-22840 JAD) |
| Donald R. Calaiaro, Esq. – | Attorney for Gary L. Reinert, Sr. |
| David K. Rudov, Esq. – | Attorney for Sandusky Bay Investments Co., Ltd. |
| James Helton Joseph, Esq. – | Attorney for the Official Committee of Unsecured Creditors |
| Robert J. Donahoe, Esq. – | Attorney for Servant Investment Funds (Alliance Ribs), LLC |
| Donn D. Rosenblum, Esq. – | Attorney for the State of Ohio, Department of Taxation |
| Amy M. Tonti, Esq. – | Attorney for PNC Bank, National Association |
| Lisa DiCerbo, Esq. – | Attorney for the Internal Revenue Service |
| Michael Kaminski, Esq. – | Attorney for the Debtors |
| James A. Prostko, Esq. – | Attorney for Delaware County Bank and Trust |

3.  To the best of the Applicant's knowledge, Mr. Sikirica's connections with the debtors, creditors, and any other parties in interest, their respective attorneys and accountants, the United States Trustee, and persons employed in the Office of the United States Trustee are limited to the connections set forth in Mr. Sikirica's attached Verified Statement.

WHEREFORE, Applicant requests that the Court enter an Order Approving the Appointment of Jeffery J. Sikirica, Esq. as Chapter 11 trustee in the above-captioned case.

Respectfully submitted,

Roberta A. DeAngelis
United States Trustee

Dated: September 15, 2011   By:   /s/ Heather A. Sprague
Heather A. Sprague, Esquire
(MA ID 661541)
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, Pennsylvania 15222
Telephone: (412) 644-4756
Facsimile: (412) 644-4785
E-mail: Heather.Sprague@usdoj.gov